NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

### IN RE OMEPRAZOLE PATENT LITIGATION

--------------------------------------------------------------------

**ASTRAZENECA AB, AKTIEBOLAGET HASSLE, KBI-E, INC., KBI, INC., AND ASTRAZENECA LP,**
*Plaintiffs-Appellees,*

v.

**MYLAN LABORATORIES INC. (now known as Mylan Inc.), MYLAN PHARMACEUTICALS INC., LABORATORIOS DR. ESTEVE, S.A. and ESTEVE QUIMICA, S.A.,**
*Defendants-Appellants.*

---

2010-1414

---

Appeal from the United States District Court for the Southern District of New York in Nos. 00-CV-6749, 03-CV-6057, M-21-81, and MDL no. 1291, Judge Barbara S. Jones.

---

**JUDGMENT**

---

ERROL B. TAYLOR, Milbank, Tweed, Hadley & McCloy LLP, of New York, New York, argued for plaintiffs-appellees. With him on the brief were FREDRICK M. ZULLOW, JOHN M. GRIEM, JR., and CHRISTOPHER J. GASPAR.

JAMES H. WALLACE, JR., Wiley Rein, LLP, of Washington, DC, argued for defendants-appellants. With him on the brief were MARK A. PACELLA and BRIAN H. PANDYA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* MOORE and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 8, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |